UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL WALKER,

                Plaintiff,

-v.-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

17 Civ. 9414 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    On October 15, 2019, the Court entered a briefing schedule concerning Plaintiff's anticipated motion to amend his complaint. (Dkt. #81). Plaintiff was to file his motion to amend on or before November 29, 2019, and Defendants were to file their opposition papers on or before December 20, 2019. (*Id.*). Plaintiff was not granted leave to file reply papers in further support of his motion to amend. (*Id.*). On October 28, 2019, Plaintiff filed his motion to amend the complaint (Dkt. #82), with a supplemental motion papers filed on November 4, 2019. (Dkt. #83). Plaintiff filed a proposed amended complaint on November 14, 2019. (Dkt. #85, 86). Since that time, Plaintiff has filed two supplemental letters concerning his motion to amend (Dkt. #87, 88), and a supplemental proposed amended complaint (Dkt. #89). The Court will consider all of these submissions as Plaintiff's papers in support of his motion to amend. The Court will not consider further submissions, as the deadline to file the motion to amend has passed. (Dkt. #81). Defendants shall file their opposition papers on or before December 20, 2019. Thereafter, the Court will decide Plaintiff's pending motion to amend.

SO ORDERED.

Dated:    December 2, 2019
              New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge

*Sent by First Class Mail to:*
Michael Walker
17-A-3801
Eastern NY Correctional Facility
Box 338
P.O. Box 116
Napanoch, NY 12458-0338